

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**LILLIAN P. WESLEY**
*Assistant Corporation Counsel*
Office: (212) 356-2079
Cell: (646) 951-1335
Email: lwesley@law.nyc.gov

December 30, 2020

**VIA ECF**
Honorable Lewis J. Liman
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:   *G.C. et al. v. N. Y. C. Dep't of Educ.*,
              20 CV 05846 (LJL) (SDA)

Dear Judge Liman:

      I am an Assistant Corporation Counsel in the Office of the Corporation Counsel James E. Johnson, and the attorney assigned to represent the Defendant New York City Department of Education in the above-referenced case. I write on behalf of all parties to respectfully request an adjournment of the initial conference scheduled for January 6, 2021, *sine die*, and to propose that the parties submit a status letter no later than February 6, 2021 informing the Court that the case has been fully resolved, or that the parties wish to proceed either with a settlement conference or a briefing schedule to be proposed at that time.

      This action is brought pursuant to the fee-shifting provision of the Individuals with Disabilities in Education Act, 20 U.S.C. § 1415(i)(3) ("IDEA"). Plaintiff seeks attorneys' fees, costs, and expenses incurred in connection with the administrative proceedings before an Impartial Hearing Officer and also this action.

      At this time, the parties expect that they will be able to resolve the claims independently through settlement negotiations and without motion practice. Defendant's counsel received settlement authority from the Comptroller's Office on December 29, 2020, and has made an offer to Plaintiff's counsel. The need for this request is to provide the parties with additional time to work toward settlement, as both parties are interested in resolving this matter without further judicial intervention.

Accordingly, the parties respectfully request an adjournment of the initial conferenced scheduled for January 6, 2021, *sine die*, and that they submit a status letter no later than February 6, 2021 informing the Court of the parties settlement status.

Thank you for Your Honor's consideration of these requests.

Respectfully submitted,

*/s Lillian P. Wesley*
Lillian P. Wesley
Assistant Corporation Counsel

cc: Adam Dayan, Esq. (via ECF)
Counsel for Plaintiffs

The initial pretrial conference scheduled for January 6, 2021 is ADJOURNED to February 18, 2021 at 11:00 a.m.  The parties shall submit the status letter by February 6, 2021.

SO ORDERED. 1/4/2021.

LEWIS J. LIMAN
United States District Judge